UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| Joseph Jacobs,<br><br>  Plaintiff,<br><br>vs.<br><br>Atlantic Credit and Finance, Inc.,<br><br>  Defendant. | Case No.: 8:18-cv-01814-JVS-DFM<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

Having reviewed the Parties' joint stipulation for dismissal of the above-captioned action in its entirety with prejudice, and good cause appearing, IT IS HEREBY ORDERED as follows:

1. This action is dismissed in its entirety with prejudice;
2. Each party shall bear its own fees and costs.

DATED: January 07, 2019

_____
Honorable James V. Selna
*United States District Court Judge*